HELEN KLUTSCH, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 42159.) —

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.